FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 000014
REBECCA A. ROSENSTEIN
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JAYSON LEE JULIAN,<br><br>            Defendant. | 2:09-mj-00671-LRL<br><br>**NOTICE OF APPEARANCE** |

      NOTICE is hereby given that Assistant Federal Public Defender REBECCA A. ROSENSTEIN, will serve as counsel for the above-captioned defendant.

      Counsel's address is as follows:

           Federal Public Defender
           411 E. Bonneville Avenue, Suite 250
           Las Vegas, Nevada 89101

      DATED this 19th day of August, 2009.

                                    FRANNY A. FORSMAN
                                    Federal Public Defender

                                    */s/ Rebecca A. Rosenstein*

                                    _____
                                    REBECCA A. ROSENSTEIN
                                    Assistant Federal Public Defender

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 19, 2009, she served an electronic copy of the above and foregoing **NOTICE OF APPEARANCE** by electronic service (ECF) to the person named below:

>GREGORY A. BROWER
>United States Attorney
>CRANE M. POMERANTZ
>Assistant United States Attorney
>333 Las Vegas Blvd. So., 5th Floor
>Las Vegas, Nevada 89101

*/s/ Karen Brokaw*
_____
Employee of the Federal Public Defender