

1  GREGORY A. BROWER
   United States Attorney
2  PATRICK WALSH
   Assistant United States Attorney
3  333 Las Vegas Blvd. South, Suite 5000
   Las Vegas, Nevada  89101
4  (702) 388-6336

5

6

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL INDICTMENT** |
| PLAINTIFF, | |
| | 2:09-CR- _356_ |
| vs | **VIOLATIONS:** |
| JAYSON LEE JULIAN, and<br>RYAN STEPHEN NEUFELD, | 18 U.S.C. §2113(a) - Bank Robbery |
| DEFENDANTS. | |

**THE GRAND JURY CHARGES THAT:**

On or about August 14, 2009, in the State and Federal District of Nevada,

**JAYSON LEE JULIAN, and
RYAN STEPHEN NEUFELD,**

the defendants, did, by force, violence and intimidation, take from the person and presence of an employee of Bank of America, 8581 West Lake Mead Boulevard, Las Vegas, Nevada, approximately nine hundred one dollars ($901.00) in United States Currency, belonging to and in the care, custody, control, management and possession of Bank of America, the

.  .  .

.  .  .

1   deposits of  which were then insured by the Federal Deposit Insurance Corporation, in

2   violation of Title 18, United States Code, Section 2113(a).

3        **DATED**: this 26th day of August 2009.

4        **A TRUE BILL:**

5

6

7                                  /s/
                      _____
                      FOREPERSON OF THE GRAND JURY

8

9   GREGORY A. BROWER
    United States Attorney

10

11  *Patrick Walsh*

12  PATRICK WALSH
    Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2