# FILED

## UNDER

# SEAL

DANIEL G. BOGDEN
United States Attorney
PATRICK WALSH
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6271

## UNITED STATES DISTRICT COURT
### District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:09-cr-00356-KJD-GWF |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| Jayson Lee JULIAN ) | | PRETRIAL RELEASE |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Alison McCurdy</u>, Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 13th day of April, 2010.

DANIEL G. BOGDEN
United States Attorney

By __/S/_____
Patrick Walsh
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Jayson Lee JULIAN  			Docket No. 2:09-cr-00356-KJD-GWF

Amended Petition for Action on Conditions of Pretrial Release

COMES NOW Alison McCurdy, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jayson Julian, who was placed under pretrial release supervision by Honorable Lawrence R. Leavitt, sitting in the Court at Las Vegas, on August 17, 2009, on his Personal Recognizance with the following conditions:

1. Pretrial Services supervision.
2. Maintain or actively seek employment. Notify Pretrial Services prior to any change.
3. Abide by the following restrictions on personal association, place of abode, or travel:
    a) Use true name only and no false forms of identification.
    b) Travel restricted to Clark County, Nevada
4. Maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
5. Refrain from possessing a firearm, destructive device, or any other dangerous weapon.
6. Initial urinalysis, if positive then add:
    a) Submit to any method of testing required by pretrial service officer or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with such random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any from of prohibited substance screening or testing.
    b) Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial service office or supervising officer.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant failed to comply with the following conditions:

1. On April 7, 2010, the defendant's sister reported to the Henderson Police Department that the defendant had slammed her head into a car window causing cuts and bruising. The Henderson Police Department conducted an investigation and determined that the defendant should be charged with domestic battery and a warrant has been requested for his arrest.

PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED FOR THE ARREST OF THE DEFENDANT BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this _____ day of <u>April, 2010</u> and ordered filed and made a part of the records in the above case. | Executed on this <u>13th</u> day of <u>April</u>, 2010 |

_____

Honorable Kent J. Dawson
United States District Judge

Respectfully Submitted,

*Alison McCurdy*
Alison McCurdy
United States Pretrial Services Officer

Place: <u>Las Vegas, Nevada</u>

✎AO 442    (Rev. 10/03)  Warrant for Arrest

## UNITED STATES DISTRICT COURT

_____ District of _____ Nevada _____

UNITED STATES OF AMERICA

v.

Jayson Lee JULIAN

**WARRANT FOR ARREST**

Case Number:   2:09-cr-00356-KJD-GWF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **Jayson Lee JULIAN** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice

charging him or her with     (brief description of offense)

Petition for Action on Conditions of Pretrial

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 3148(b) _____

| Name of Issuing Officer | Signature of Issuing Officer |
|---|---|
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |