AO 442   (Rev. 10/03) Warrant for Arrest

1891319

## UNITED STATES DISTRICT COURT

_____ District of _____ Nevada

UNITED STATES OF AMERICA

v.

Jayson Lee JULIAN

2010 JUN -9 P 2: 22

**WARRANT FOR ARREST**

Case Number: 2:09-cr-00356-KJD-GWF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Jayson Lee JULIAN _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

For Failure to Appear

in violation of Title _____ United States Code, Section(s) _____

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

April 28, 2010 Las Vegas NV
DATE

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

LAS VEGAS, NV

| DATE RECEIVED 04/29/10 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 06/09/10 | FBI SA Henry Schlumpf | AW |