FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 000014
REBECCA A. ROSENSTEIN
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JAYSON LEE JULIAN,<br><br>              Defendant. | 2:09-cr-356-KJD-GWF<br><br>**STIPULATION TO CONTINUE SUPERVISED RELEASE HEARING**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and PATRICK WALSH, Assistant United States Attorney, counsel for the United States of America, and Franny A. Forsman, Federal Public Defender, and REBECCA A. ROSENSTEIN, Assistant Federal Public Defender, counsel for JAYSON LEE JULIAN, that the supervised release hearing currently scheduled for June 23, 2010 at the hour of 9:00 a.m., be vacated and set to a date and time convenient to this Court but no earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     Defendant has another case pending in another courtroom, that counsel would like to get resolved prior to his hearing.

2.     Defendant Julian is incarcerated and agrees to the continuance in this matter.

3.     The additional time requested herein is not sought for purposes of delay, but to allow additional time to resolve another case that defendant has.

1

4.      The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

5.      This is the first stipulation to continue filed herein.

DATED this 21st day of June, 2010.

| FRANNY A. FORSMAN<br>Federal Public Defender | DANIEL BOGDEN<br>United States of Attorney |
|---|---|
| */s/ Rebecca A. Rosenstein*<br>By: _____<br>REBECCA A. ROSENSTEIN,<br>Assistant Federal Public Defender<br>Attorney for Defendant Julian | */s/ Patrick Walsh*<br>By: _____<br>PATRICK WALSH,<br>Assistant United States Attorney<br>Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JAYSON LEE JULIAN,<br><br>             Defendant. | 2:09-cr-356-KJD-GWF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.  Defendant has another case pending in another courtroom, that counsel would like to get resolved prior to his hearing.

2.  Defendant Julian is incarcerated and agrees to the continuance in this matter.

3.  The additional time requested herein is not sought for purposes of delay, but to allow additional time to resolve another case that defendant has.

4.  The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

5.  This is the first stipulation to continue filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the hearing date.

**CONCLUSIONS OF LAW**

The additional time requested herein is not sought for purposes of delay, but merely to allow counsel sufficient time to resolve another case of defendant's. Defendant Julian requests

3

1 | the additional time sought and stands to potentially benefit from a continuance of the hearing date.

## **ORDER**

IT IS THEREFORE ORDERED, that the revocation hearing currently scheduled for Wednesday June 23, 2010 at the hour of 9:00 a.m., be vacated and continued to _____ at the hour of _____ \_\_\_\_.m.; or to a date and time convenient to the court.

DATED \_\_\_\_\_ day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE