UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cr-247-PMP-LRL |
| Plaintiff, | **ORDER** |
| vs. | |
| JAYSON LEE JULIAN, | |
| Defendant, | |

Based upon the foregoing stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that the above cases are consolidated/reassigned for the purposes of plea and sentencing, and shall hereafter be assigned the case number of 2:09-CR-356-KJD-GWF.

DATED 8th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE